UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                                                  :

**OWENS CORNING,** *et al.*              :

                                                  :        Civil Action

       v.                                 :

                                                  :        No. 04-905 (JPF)

**CREDIT SUISSE FIRST BOSTON,** *et al.*  :

                                                  :
------------------------------------------------------x

**MOTION OF WASHINGTON LEGAL FOUNDATION
FOR LEAVE TO FILE BRIEF
AS *AMICUS CURIAE* IN SUPPORT OF
CSFB'S OPPOSITION TO PLAN PROPONENTS'
MOTION FOR ESTIMATION OF OWENS CORNING'S
PENDING AND FUTURE ASBESTOS LIABILITIES**

      The Washington Legal Foundation (WLF) hereby moves for leave to file the attached brief as *amicus curiae* in support of Credit Suisse First Boston's opposition to the Plan Proponents' motion for estimation of Owens Corning's pending and future asbestos liabilities. In support of its motion, WLF states as follows:

      1. WLF is a public interest law and policy center located in Washington, D.C., with supporters in all 50 states. WLF devotes a significant portion of its resources to tort reform efforts, including efforts to impose reasonable caps on the size of punitive damages awards. To that end, WLF has participated in numerous federal and state court proceedings that addressed punitive damages issues. *See, e.g., State Farm Mut. Automobile Ins. Co. v. Campbell*, 538 U.S. 408 (2003); *Simon v. San Paulo U.S. Holding Co.*, review granted, 11 Cal. Rptr. 3d 510 (Cal. 2004, dec. pending). WLF also participated as an *amicus curiae* in

another matter arising from Owens Corning's Chapter 11 proceedings. *See In re: Kensington International Limited,* 368 F.3d 289 (3d Cir. 2004).

2. WLF supports efforts to ensure that those injured as a result of exposure to asbestos are adequately and promptly compensated for their injuries. WLF is concerned, however, by mounting evidence that much of the money awarded as damages in asbestos liability cases has been paid to uninjured claimants. WLF believes that bankruptcy estimation proceedings provide a unique opportunity for federal courts to examine the propriety of continuing to make such payments at historic levels.

3. WLF is particularly concerned that estimates for future claims against Owens Corning and other bankrupt companies not include a punitive damages component. Credit Suisse First Boston's post-hearing opposition brief argues that punitive damage payments are not authorized under applicable bankruptcy law. WLF is submitting this brief to press an additional ground for excluding punitive damages: any such award would exceed limits on punitive damages imposed by the Due Process Clause. WLF's proposed brief does not address any other issues raised by the parties.

4. WLF has no direct interest, financial or otherwise, in the resolution of the issues raised by the Plan Proponents' estimation motion, or of any other issues raised in these bankruptcy proceedings. WLF seeks to file its brief for the sole purpose of urging the Court to adopt, in the context of an entity driven into bankruptcy by massive tort judgments, due process limitations on additional punitive damages awards. No counsel for a party authored WLF's brief in whole or in part, and no person or entity, other than WLF and its counsel, contributed monetarily to the preparation and submission of the brief.

5. Because of its lack of direct economic interests, WLF believes that it can assist the Court by providing a perspective that is distinct from that of any party.

For the foregoing reasons, the Washington Legal Foundation respectfully requests that it be allowed to participate in this case by filing the attached *amicus curiae* brief. A proposed order is attached.

Respectfully submitted,

/s/ Joel Friedlander
Joel Friedlander (DE Bar ID# 3163)
Joanne P. Pinckney (DE Bar ID #3344)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
(302) 573-3501 (facsimile)
jfriedlander@bmf-law.com
jpinckney@bmf-law.com

Daniel J. Popeo
Richard A. Samp
Washington Legal Foundation
2009 Massachusetts Ave., NW
Washington, DC 20036
(202) 588-0302
(202) 588-0386 (facsimile)
Counsel for *Amicus Curiae*

Dated: March 21, 2005

## CERTIFICATE OF SERVICE

I, Joanne P. Pinckney, hereby certify that on March 21, 2005, I caused to be electronically filed a true and correct copy of the *Motion of Washington Legal Foundation for Leave to File Brief as Amicus Curiae in Support of CSFB's Opposition to Plan Proponents' Motion for Estimation of Owens Corning's Pending and Future Asbestos Liabilities* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Norman L. Pernick
J. Kate Stickles
Saul Ewing LLP
222 Delaware Ave. PO Box 1266
Wilmington, DE 19899-1266

Frank J. Perch, III
Office of the US Trustee
Fedl Bldg. 2nd Floor
844 King St.
Wilmington, DE 19801

William H. Sudell, Jr.
Morris, Nichols, Arsht and Tunnell
1201 N. Market St.
PO Box 1347
Wilmington, DE 19899-1347

Mark S. Chehi
Skadden Arps
One Rodney Square PO Box 636
Wilmington, DE 19899

Edmund Emrich
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022

Elihu Inselbuch
Rita Tobin
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY 10022-4614
Stephen H. Case

James L. Patton
Young Conaway
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE 19801

Marla R. Eskin
Mark Hurford
Campbell & Levine, LLC
800 N. King St., Suite 300
Wilmington, DE 19801

D.J. Baker
Skadden Arps
Four Times Square
New York, NY 10036

J. Andrew Rahl, Jr.
Jonathan Kromberg
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Kenneth H. Eckstein
Ellen Nadler
Kramer Levin
919 Fourth Ave.
New York, NY 10022

Ralph I. Miller
Weil Gotshal & Manges
100 Crescent St., Suite 1300
Dallas, TX 75201
Martin J. Bienenstock

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

David A. Hickerson
Adam P. Strochak
Weil, Gotshal & Manges
1501 K St., NW, Suite 100
Washington, DC 20005

Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19810

James J. McMonagle
24 Walnut St.
Chagrin Falls, OH 44022

Francis A. Monaco, Jr.
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Charles O. Monk, II
Saul Ewing LLP
100 S. Charles St.
Baltimore, MD 21201

Petr Van N. Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Cir., NW
Washington, DC 20005

Roger E. Podesta
Mary Beth Hogan
Helen Y. Kim
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Christopher W. Winter
Richard W. Riley
Duane Morris LLP
1100 N. Market St., Suite 1200
Wilmington, DE 19801-1246

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Linda M. Carmichael
White and Williams LLP
824 N. Market St., Suite 902
Wilington, DE 19899-0709

William S. Katchen
Duane Morris LLP
744 Broad Street
Newark, NJ 07102

Jane W. Parver
Kaye Scholer
425 Park Avenue
New York, NY 10022

Tancred V. Schiavoni
Gerald A. Stein
Robert Winter
O'Melveny & Myers LLP
Times Sq. Tower, 7 Times Square
New York, NY 10036

David R. Hurst
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square, PO Box 636
Wilmington, DE 19899

Barbara H. Stratton
Knepper & Stratton
1228 N. King St., PO Box 1795
Wilmington, DE 19899

Noel C. Burnham
Montgomery, McCracken, Walker & Rhoads
300 Delaware Ave., Suite 750
Wilmington, DE 19801

/s/ Joanne P. Pincnkey (#3344)