UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                              :
OWENS CORNING, *et al.*                       :
                                              :    Civil Action
       v.                                     :
                                              :    No. 04-905 (JPF)
CREDIT SUISSE FIRST BOSTON, *et al.*          :
                                              :
---------------------------------------------------------x

## ORDER

The Washington Legal Foundation (WLF) having filed a motion for leave to file an *amicus curiae* brief in support of Credit Suisse First Boston's opposition to the Plan Proponents' motion for estimation of Owens Corning's pending and future asbestos liabilities; and the Court having considered the premises; NOW, THEREFORE, it is

ORDERED that WLF's motion for leave to file an *amicus curiae* brief be, and the same hereby is, GRANTED.

_____
U.S. District Judge John P. Fullam

Dated: March ___, 2005