IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
**OWENS CORNING,** *et al.*,

v.

**CREDIT SUISSE FIRST BOSTON,** *et al.*
---------------------------------------------------------------

Civil Action

No. 04-905

**PLAN PROPONENTS' MOTION FOR LEAVE TO FILE BRIEF IN RESPONSE TO *AMICUS CURIAE* BRIEF OF WASHINGTON LEGAL FOUNDATION IN SUPPORT OF CSFB'S OPPOSITION TO PLAN PROPONENT'S MOTION FOR ESTIMATION OF OWENS CORNING'S PENDING AND FUTURE ASBESTOS LIABILITIES**

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, New York 10022
(212) 319-7125

Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, NW, 11th Floor
Washington, D.C. 20005
(202) 862-5000

National Counsel for the Official Committee
of Asbestos Claimants

CAMPBELL & LEVINE, LLC
Marla R. Eskin (2989)
Mark T. Hurford (3299)
800 King Street, Suite 300
Wilmington, Delaware 19801
(302) 426-1900

Local Counsel for the Official
Committee of Asbestos Claimants

KAYE SCHOLER LLP
Michael J. Crames
Jane W. Parver
Benjamin Mintz
Michael Lynn
425 Park Avenue
New York, New York 10022
(212) 836-8000

Counsel for the Futures Representative

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
James L. Patton (2202)
Edwin J. Harron (3396)
Sharon Zieg (4196)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Local Counsel for the Futures
Representative

Dated: March 29, 2005

The Official Committee of Asbestos Personal Injury Claimants (the "ACC") and James J. McMonagle, the legal representative for future asbestos personal injury claimants (the "Futures Representative," and together with the ACC, the "Plan Proponents") respectfully move this Court for leave to file the attached Brief (Exhibit 1) in response to the *Amicus Curiae* brief filed by the Washington Legal Foundation ("WLF") in Support of CSFB's Opposition to Plan Proponents' Motion for Estimation of Owens Corning's Pending and Future Asbestos Liabilities dated March 21, 2005,[1] and state as follows:

1. WLF has filed an *amicus* brief that raises an argument not raised at the Estimation Hearing or in the parties' briefing. *See* WLF's Motion for Leave to File Brief as *Amicus Curiae* in Support of CSFB's Opposition to Plan Proponents' Motion for Estimation of Owens Corning's Pending and Future Asbestos Liabilities at 2 ("WLF is submitting this brief to press an additional ground for excluding damages: any such award would exceed limits on punitive damages imposed by the Due Process Clause.").

2. The Plan Proponents have not had an opportunity to respond to the entirely new contention advanced by WLF and accordingly seek to file the attached Brief to address it.

[Remainder of Page Intentionally Left Blank]

---

[1] Capitalized terms not otherwise defined herein shall have the respective meanings ascribed to them in the Plan Proponents' Post-Trial Brief filed on February 7, 2005 (hereinafter, the "PP Br.").

## CONCLUSION

WHEREFORE, the Plan Proponents respectfully requests the Court enter the attached proposed Order (Exhibit 2), granting them leave to file the attached Brief.

Dated: March 29, 2005                             Respectfully submitted

*/s/Marla R. Eskin*
CAMPBELL & LEVINE, LLC
Marla R. Eskin  (2989)
Mark T. Hurford (3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

Local Counsel for the Official Committee of
Asbestos Claimants


CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY 10022
(212) 319-7125

Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, N.W., 11th Floor
Washington, D.C. 20005
(202) 862-5000

National Counsel for the Official
Committee of Asbestos Claimants

KAYE SCHOLER LLP
Michael J. Crames
Jane W. Parver
Benjamin Mintz
Michael Lynn
425 Park Avenue
New York, New York 10022
(212) 836-8000

National Counsel for the Futures Representative

YOUNG, CONAWAY,
STARGATT & TAYLOR LLP

*/s/Sharon M. Zieg*
James L. Patton, Jr. (2202)
Sharon M. Zieg (4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

Local Counsel for the Futures Representative