IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

**OWENS CORNING,** *et al.*,             Civil Action

v.             No. 04-905

**CREDIT SUISSE FIRST BOSTON,** *et al.*

---

**ORDER GRANTING PLAN PROPONENTS' MOTION FOR LEAVE TO FILE BRIEF IN RESPONSE TO AMICUS BRIEF OF WASHINGTON LEGAL FOUNDATION**

Upon consideration of the motion of The Official Committee of Asbestos Personal Injury Claimants (the "ACC") and James J. McMonagle, the legal representative for future asbestos personal injury claimants (the "Futures Representative" and together with the ACC, the "Plan Proponents"), for leave to file their Brief in response to the Brief of *Amicus Curiae* Washington Legal Foundation in the above-referenced proceeding (the "Motion"); and the Court being satisfied with the representations made in the Motion that the relief sought is appropriate; and the Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein; and after due consideration thereof; and for good and sufficient cause appearing therefor, it is hereby

ORDERED, DECREED and ADJUDGED, this __ day of March 2005, that:

1. The Motion be, and it hereby is, GRANTED.

2. The Plan Proponents are authorized to file with the Clerk of the Court the Brief attached to the Motion as Exhibit 1.

_____
UNITED STATES DISTRICT COURT JUDGE

{D0040474:1 }D0040474.DOC