IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OWENS CORNING, et al., | : | |
| | : | |
| | : | |
| v. | : | Case No. CA-04-905 |
| | : | |
| CREDIT SUISSE FIRST BOSTON, et al., | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on March 29, 2005, a copy of the foregoing Motion for Leave to File Brief in Response to Amicus Brief of Washington Legal Foundation was served upon the parties on the attached list by First Class United States Mail, unless otherwise indicated.

*/s/Marla Rosoff Eskin*
Marla Rosoff Eskin

Date: March 29, 2005

{D0040466:1 }