**SERVICE LIST**
**DISTRICT COURT CASE NO. 04-905**

James L. Patton, Jr.
Sharon Zieg
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Hand Delivery*

David R. Hurst
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Hand Delivery*

Kerri King Mumford
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*Hand Delivery*

Barbara H. Stratton
Knepper & Stratton
P.O. Box 1795
Wilmington, DE 19899
*Hand Delivery*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Hand Delivery*

Noel C. Burnham
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Hand Delivery*

Francis A. Monaco, Jr.
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
*Hand Delivery*

Norman L. Pernick, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
*Hand Delivery*

Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
*Hand Delivery*

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801
*Hand Delivery*

Linda M. Carmichael
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
*Hand Delivery*

Ralph Miller, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
ralph.miller@weil.com
*Email and Federal Express*

Richard A. Rothman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.rothman@weil.com
*Email*

David Hickerson, Esq.
Peter M. Friedman, Esq.
Weil, Gotshal & Manges LLP
1501 K Street, NW
Suite 100
Washington, D.C. 20005
david.hickerson@weil.com
peter.m.friedman@weil.com
***Email and Federal Express***

Mary Beth Hogan, Esq.
Roger Podesta, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
repodesta@debevoise.com
mbhogan@debevoise.com
***Email and Federal Express***

Charles O. Monk, Esq.
Saul Ewing LLC
100 South Charles Street
Baltimore, MD 21201-2773
cmonk@saul.com
***Email and Federal Express***

J. Andrew Rahl, Esq.
Judith A. Yavitz, Esq.
Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY 10020-1182
arahl@andersonkill.com
jyavitz@andersonkill.com
***Email and Federal Express***

Kenneth Pasquale, Esq.
Strook Strook & Lavan
180 Maiden Lane
New York, NY 10038
kpasqualee@strook.com
***Email and Federal Express***

Nathan D. Finch, Esq.
Caplin & Drysdale
One Thomas Circle, NW
Washington, D.C. 20005-5802
ndf@capdale.com
***Email and Federal Express***

Gerald Stein, Esq.
O'Melveny & Meyers
Times Square Tower
7 Times Square
New York, NY 10036
gstein@omm.com
***Email and Federal Express***

Jane Parver, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
jparver@kayescholer.com
***Email***

Honorable John P. Fullam
United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room #15614
Philadelphia, PA 19106-1780
***Via Federal Express***