IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OWENS CORNING, et al., | : | |
| | : | |
| | : | |
| v. | : | Case No. CA-04-905 |
| | : | |
| CREDIT SUISSE FIRST BOSTON, et al., | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on March 30, 2005, a copy of the foregoing *Brief in Response to Amicus Brief of Washington Legal Foundation* was served upon the parties on the attached list by First Class United States Mail.


/S/ Marla Rosoff Eskin
Marla Rosoff Eskin

Date: March 30, 2005

{D0040466:1 }