Gerald A. Stein, Esquire
O'Melveny & Myers LLP
Times Square Tower
New York, NY 10036

**HAND DELIVERY**
Richard S. Cobb, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19810

**HAND DELIVERY**
David R. Hurst, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**HAND DELIVERY**
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889

David Hickerson, Esquire
Peter M. Friedman, Esquire
Weil, Gotshal, & Manges LLP
1501 K Street, NW Suite 100
Washington, D.C. 20005

Jane W. Parver, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

J. Andrew Rahl, Jr., Esquire
Judith A. Yavitz, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**HAND DELIVERY**
Kerri Mumford, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

**HAND DELIVERY**
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoad
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

**HAND DELIVERY**
James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Kenneth Pasquale, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Mary Beth Hogan, Esquire
Roger Podesta, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

**HAND DELIVERY**
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, PA
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899

Martin J. Bienenstock, Esquire
Timothy Graulich, Esquire
Richard Rothman, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**HAND DELIVERY**
Barbara H. Stratton, Esquire
Knepper & Stratton
P.O. Box 1795
Wilmington, DE 19899

**HAND DELIVERY**
Frank J. Perch, III, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

**HAND DELIVERY**
Linda Carmichael, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Ralph Miller, Esquire
Weil, Gotshal, & Manges LLP
200 Cresent Court, Suite 300
Dallas, TX 75201

Charles A. Monk, Esquire
Saul Ewing LLC
100 South Charles Street
Baltimore, MD 21201-2773