IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                         :
OWENS CORNING, et al.,                   :
                                         :      Civil Action
                v.                       :
                                         :      No. 04-905
CREDIT SUISSE FIRST BOSTON               :
                                         :
-------------------------------------------------------x
```

## MOTION OF CREDIT SUISSE FIRST BOSTON, AS AGENT, FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2005 MEMORANDUM AND ORDER

TO THE HONORABLE JOHN P. FULLAM
UNITED STATES DISTRICT JUDGE:

Credit Suisse First Boston ("CSFB"), as agent for the prepetition institutional lenders to Owens Corning and certain of its affiliates, respectfully submits this Motion for Reconsideration, pursuant to Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 59, requesting the Court to reconsider its March 31, 2005 Memorandum and Order in the above captioned proceeding regarding estimation of Owens Corning's asbestos liabilities. The grounds for this motion are set forth fully in an accompanying memorandum.

WHEREFORE CSFB, as agent for the Banks, respectfully requests entry of an order granting the relief requested herein.

Dated: April 11, 2004

        LANDIS RATH & COBB LLP

        */s/ Richard S. Cobb*
        Richard S. Cobb (I.D. No. 3157)
        Rebecca L. Butcher (I.D. No. 3816)
        919 Market Street, Suite 600
        Wilmington, DE 19801
        Telephone:  (302) 467-4400

        -and-

        WEIL, GOTSHAL & MANGES LLP

        Martin J. Bienenstock
        Richard Rothman
        Ralph Miller
        David Hickerson
        767 Fifth Avenue
        New York, NY 10153
        Telephone:  (212) 310-8000

        -and-

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Kenneth H. Eckstein
        Ellen R. Nadler
        919 Third Avenue
        New York, New York 10022
        Telephone:  (212) 715-9100

        ATTORNEYS FOR CREDIT SUISSE FIRST BOSTON, AS AGENT FOR THE BANKS