IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                              :
OWENS CORNING, *et al.*,                      :
                                              :   Civil Action
                v.                            :
                                              :   No. 04-905
CREDIT SUISSE FIRST BOSTON                    :
                                              :
---------------------------------------------------------x

**ORDER GRANTING RECONSIDERATION OF THE COURT'S MARCH 31 2005 MEMORANDUM AND ORDER ESTIMATING OWENS CORNING'S TOTAL ASBESTOS LIABILITY.**

The Court, having reviewed the motion and memorandum (the "Motion") of Credit Suisse First Boston ("CSFB"), as Agent for the pre-petition bank lenders (the "Banks"), seeking reconsideration of this Court's Order dated March 31, 2005 estimating Owens Corning's total asbestos liability, for good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion be GRANTED, and it is further

ORDERED the total amount for contingent unliquidated claims against Owens Corning for personal injury or death caused by exposure to asbestos (including contingent unliquidated pending claims, contingent unliquidated future claims, and contract claims) is estimated to total $4.8 billion.

Dated: _____, 2005

                                        BY THE COURT:

                                        _____
                                        The Honorable John P. Fullam
                                        Senior United States District Court Judge