## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire, do hereby certify that a true and correct copy of the foregoing **Motion of Credit Suisse First Boston, As Agent, for Reconsideration of the Court's March 31, 2005 Memorandum, Memorandum in Support of Credit Suisse First Boston's Motion for Reconsideration of the Court's March 31, 2005 Memorandum and Order and Proposed Order** were served this 11th day of April, 2005 on the attached list via hand delivery (**City of Wilmington addresses only**) and first class U.S. Mail.

In addition to the attached service list, a Chambers' copy of the Motion of Credit Suisse First Boston, As Agent, for Reconsideration of the Court's March 31, 2005 Memorandum and Order and accompanying papers was mailed out today April 11, 2005 to The Honorable John P. Fullam via Federal Express Priority Mail Overnight Delivery.

Dated: April 11, 2005

_____
Rebecca L. Butcher, Esq. (#3816)

404.002-7665.DOC

**Owens Corning**
**Service List**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(Counsel to Owens Corning, et al.)

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
Federal Bldg. 2nd Floor
844 King Street
Wilmington, DE 19801
(US Trustee)

William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel to Creditors' Committee)

Mark S. Chehi, Esq.
Skadden Arps, et al.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Special Counsel to the Debtors)

Edmund Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Future Representative)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
(Counsel to Asbestos Committee)

Stephen H. Case, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Creditors' Committee)

James L. Patton, Esq.
Young Conaway, et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Future Representative)

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
(Counsel to Asbestos Committee)

D.J. Baker, Esq.
Skadden Arps, et al.
Four Times Square
New York, NY 10036
(Special Counsel to the Debtors)

J. Andrew Rahl, Jr., Esq.
Jonathan Kromberg, Esq.
Mark Weldon, Esq.
Judith Yavitz, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Special Counsel to Designated Members of the Official Committee of Unsecured Creditors)

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022
(Future Representative)

Kenneth H. Eckstein, Esq.
Gary M. Becker, Esq.
Kramer Levin, et al.
919 Fourth Avenue
New York, NY 10022
(Bank Group)

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington, DE 19801
(Special Counsel to Committee)

Ralph I. Miller, Esquire
Weil, Gotshal & Manges
100 Crescent Court
Suite 1300
Dallas, Texas 75201-6950
(Counsel for Bank Group)

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(Counsel for Bank Group)

Charles O. Monk, II, Esquire
Saul Ewing LLP
100 S. Charles Street
Baltimore, MD 21201

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(Counsel to Asbestos Committee)

Roger E. Podesta, Esq.
Mary Beth Hogan, Esq.
Helen Y. Kim, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(Special Counsel to Debtors)

Christopher M. Winter, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market St., #1200
Wilmington, DE 19801-1246
(Counsel to the Ad Hoc Committee of Bondholders)

| | | |
|---|---|---|
| Linda M. Carmichael, Esq.<br>White and Williams LLP<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899-0709<br>(Counsel for Century Indemnity Company) | David R. Hurst, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street<br>Newark, NJ 07102<br>(Counsel to the Ad Hoc Committee of Bondholders) |
| Tancred V. Schiavoni, Esq.<br>Gerald A. Stein, Esq.<br>Robert Winter, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(Counsel for Century Indemnity Company) | Jane W. Parver, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>(Counsel for James J. McMonagle, Legal Representative for Future Claimants) | Barbara H. Stratton, Esq.<br>Knepper & Stratton<br>1228 North King Street<br>P.O. Box 1795<br>Wilmington, DE 19899<br>(Counsel for CSX Transportation, Inc.) |
| Noel C. Burnham, Esq.<br>Montgomery, McCracken, Walker & Rhoads<br>300 Delaware Avenue<br>Suite 750<br>Wilmington, DE 19801<br>(Counsel for Unofficial Committee of Select Asbestos Claimants) | | |

404.002-7665.DOC