UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          :
                                                               :
OWENS CORNING, *et al.*,                                       :   Case No. 04-905 (JPF)
                                                               :
        v.                                                     :
                                                               :
CREDIT SUISSE FIRST BOSTON                                     :
                                                               :
---------------------------------------------------------------x

## BONDHOLDERS' JOINDER IN MOTION OF CREDIT SUISSE FIRST BOSTON, AS AGENT, FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2005 MEMORANDUM AND ORDER

King Street Capital Management, L.L.C., D.E. Shaw Laminar Portfolios, L.L.C, Harbert Distressed Master Fund, Ltd., Canyon Capital Advisors L.L.C., and Lehman Brothers Inc. (the "Bondholders"), by their undersigned counsel, respectfully submit this Joinder in the Motion Of Credit Suisse First Boston, As Agent, For Reconsideration Of The Court's March 31, 2005 Memorandum of Order, dated April 11, 2005 (the "Motion"), and state as follows:

1.      The Bondholders join in and fully support the Motion. For the sake of brevity, we will not repeat the arguments set forth in the Motion and its accompanying Memorandum In Support Of Credit Suisse First Boston's Motion For Reconsideration Of The Court's March 31, 2005 Memorandum And Order, but instead the Bondholders expressly incorporate those submissions by reference as if fully and separately set forth here.[1]

---

[1] The Bondholders' reserve their right to appeal on any and all appropriate grounds from this Court's March 31, 2005 Memorandum and Order.

Error! Unknown document property name.

**WHEREFORE**, it is respectfully requested that the Motion be granted.

Dated: April 12, 2005
Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       rwriley@duanemorris.com

-and-

William S. Katchen, Esquire
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001

-and-

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Denise Wildes, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone     (212) 806-5400
Facsimile:    (212) 806-6006

*Counsel to King Street Capital Management, L.L.C., D.E. Shaw & Co., Harbert Distressed Investment Master Fund, Ltd., Canyon Capital Advisors, L.L.C., and Lehman Brothers, Inc.*