UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                    :
                                         :
OWENS CORNING, *et al.*,                 :    Civil Action No. 04-905 (JPF)
                                         :
    v.                                   :
                                         :
CREDIT SUISSE FIRST BOSTON, et al.       :
                                         :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Bondholders' Joinder in the Motion Of Credit Suisse First Boston, As Agent, For Reconsideration Of The Court's March 31, 2005 Memorandum of Order** was made on April 12, 2005, upon:

>All those parties identified on the attached Service List by first
>class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 12, 2005
Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

WLM\207501.1

## Owens Corning/Service List

| | |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19801<br>(Counsel to Owens Corning, et al.) | Frank J. Perch, III, Esquire<br>Office of the United States Trustee<br>Federal Building, 2nd Floor<br>844 King Street<br>Wilmington, DE 19801<br>(U.S. Trustee) |
| William H. Sudell, Jr., Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(Counsel to the Creditors' Committee) | Mark S. Chehi, Esquire<br>Skadden Arps Slate Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19801<br>(Special Counsel to the Debtors) |
| Edmund Emrich, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>(Counsel to Future Representative) | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY 1022<br>(Counsel to Asbestos Committee) |
| Stephen H. Case, Esquire<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to the Creditors' Committee) | James L. Patton, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(Counsel to Future Representative) |
| Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>(Counsel to the Asbestos Committee) | D.J. Baker, Esquire<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036<br>(Special Counsel to the Debtors) |
| J. Andrew Rahl, Jr., Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10036<br>(Special Counsel to the Creditors' Committee) | James J. McGonagle, Esquire<br>24 Walnut Street<br>Chagrin Falls, OH 44022<br>(Future Representative) |

| | |
|---|---|
| Kenneth H. Eckstein, Esquire<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(Bank Group) | Francis A. Monaco, Jr., Esquire<br>Monzack & Monaco, P.A.<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801<br>(Special Counsel to the Committee) |
| Ralph I Miller, Esquire<br>Weil Gotshal & Manges<br>100 Cresent Court, Suite 1200<br>Dallas, TX 75201-6950<br>(Counsel for Credit Suisse First Boston) | Martin J. Bienenstock, Esquire<br>Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>(Counsel for Credit Suisse First Boston) |
| Charles O. Monk, II, Esquire<br>Saul Ewing LLP<br>100 S. Charles Street<br>Baltimore, MD 21201 | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>(Counsel to the Asbestos Committee) |
| Roger E. Podesta, Esquire<br>Mary Beth Hogan, Esquire<br>Helen Y. Kim, Esquire<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(Special Counsel to the Debtors) | Linda M. Carmichael, Esquire<br>White & Williams LLP<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19801<br>(Counsel for Century Indemnity Company) |
| Tancred V. Schiavoni, Esquire<br>Gerald A. Stein, Esquire<br>Robert Winter, Esquire<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(Counsel for Century Indemnity Company) | David R. Hurst, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19801 |
| Jane W. Parver, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>(Counsel for James J. McMonagle, Legal Representative for Future Claimants) | Richard S. Cobb, Esquire<br>Kerri K. Mumford, Esquire<br>Rebecca L. Butcher, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>(Counsel to Credit Suisse First Boston) |

| | |
|---|---|
| David A. Hickerson, Esquire<br>Adam P. Strochak, Esquire<br>Weil, Gotshal & Manges LLP<br>1501 K. Street, N.W., Suite 100<br>Washington, DC 20005<br>(Counsel to Credit Suisse First Boston) | Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE 19801<br>(Counsel Unofficial Committee of Select Asbestos Claimants) |
| Barbara H. Stratton, Esquire<br>Knepper & Stratton<br>1228 North King Street<br>P.O. Box 1795<br>Wilmington, DE 19801<br>(Counsel to CSX Transportation, Inc.) | |

6

WLM\207501.1