## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
                                    :
OWENS CORNING, et al.,              :
                                    :      Civil Action
              v.                    :
                                    :      No. 04-905 (JPF)
CREDIT SUISSE FIRST BOSTON          :
                                    :
-------------------------------------------------x
```

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective April 18, 2005, the law firm of Kramer Levin

Naftalis & Frankel LLP will be relocating to 1177 Avenue of the Americas, New York, New

York 10036. All facsimile and telephone numbers will remain the same.

Kramer Levin Naftalis & Frankel LLP

By: /s/ Gary M. Becker
Gary M. Becker, Esq
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: New York, New York
April 13, 2005

404.002-7652.DOC

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire, do hereby certify that a true and correct copy of the foregoing **Notice of Change of Address for Kramer Levin Naftalis & Frankel LLP** was served this 13th day of April, 2005 on the attached list via hand delivery (**City of Wilmington addresses only**) and first class U.S. Mail.

Dated: April 13, 2005

Rebecca L. Butcher, Esq. (#3816)

**Owens Corning**
**Service List**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(Counsel to Owens Corning, et
al.)

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
Federal Bldg. 2nd Floor
844 King Street
Wilmington, DE 19801
(US Trustee)

William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht and
Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel to Creditors'
Committee)

Mark S. Chehi, Esq.
Skadden Arps, et al.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Special Counsel to the Debtors)

Edmund Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Future
Representative)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
(Counsel to Asbestos Committee)

Stephen H. Case, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Creditors'
Committee)

James L. Patton, Esq.
Young Conaway, et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Future
Representative)

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
(Counsel to Asbestos
Committee)

D.J. Baker, Esq.
Skadden Arps, et al.
Four Times Square
New York, NY 10036
(Special Counsel to the Debtors)

J. Andrew Rahl, Jr., Esq.
Jonathan Kromberg, Esq.
Mark Weldon, Esq.
Judith Yavitz, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Special Counsel to Designated
Members of the Official
Committee of Unsecured
Creditors)

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022
(Future Representative)

Kenneth H. Eckstein, Esq.
Gary M. Becker, Esq.
Kramer Levin, et al.
1177 Avenue of the Americas
New York, NY 10036
(Bank Group)

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington, DE 19801
(Special Counsel to Committee)

Ralph I. Miller, Esquire
Weil, Gotshal & Manges
100 Crescent Court
Suite 1300
Dallas, Texas 75201-6950
(Counsel for Bank Group)

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(Counsel for Bank Group)

Charles O. Monk, II, Esquire
Saul Ewing LLP
100 S. Charles Street
Baltimore, MD 21201

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(Counsel to Asbestos Committee)

Roger E. Podesta, Esq.
Mary Beth Hogan, Esq.
Helen Y. Kim, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(Special Counsel to Debtors)

Christopher M. Winter, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market St., #1200
Wilmington, DE 19801-1246
(Counsel to the Ad Hoc
Committee of Bondholders)

Linda M. Carmichael, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709
(Counsel for Century Indemnity
Company)

Tancred V. Schiavoni, Esq.
Gerald A. Stein, Esq.
Robert Winter, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(Counsel for Century Indemnity
Company)

Noel C. Burnham, Esq.
Montgomery, McCracken,
Walker & Rhoads
300 Delaware Avenue
Suite 750
Wilmington, DE 19801
(Counsel for Unofficial
Committee of Select Asbestos
Claimants)

David R. Hurst, Esq.
Skadden, Arps, Slate, Meagher &
Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Jane W. Parver, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for James J.
McMonagle, Legal
Representative for Future
Claimants)

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Newark, NJ 07102
(Counsel to the Ad Hoc
Committee of Bondholders)

Barbara H. Stratton, Esq.
Knepper & Stratton
1228 North King Street
P.O. Box 1795
Wilmington, DE 19899
(Counsel for CSX
Transportation, Inc.)