### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

_____

|  |  |
|---|---|
| In re: | : |
|  | : Case No. 04-905 (JPF) |
| OWENS-CORNING, *et al.*, | : |
|  | : |
| v. | : |
|  | : |
| CREDIT SUISSE FIRST BOSTON, *et al.* | : |

_____ :

### CENTURY'S JOINDER IN MOTION OF CREDIT SUISSE FIRST BOSTON, AS AGENT, FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2005 MEMORANDUM AND ORDER

Century Indemnity Co., as successor-in-interest to CCI Insurance Co., as successor-in-interest to Insurance Company of North America, and Central National Insurance Co. (collectively "Century"), by their undersigned counsel, respectfully join in the Motion of Credit Suisse First Boston, as agent, for Reconsideration of the Court's March 31, 2005 Memorandum and Order, dated April 11, 2005, the arguments of which are incorporated as if fully set forth herein.

Dated: April 13, 2005
      Wilmington, Delaware

Respectfully submitted,
WHITE AND WILLIAMS LLP

_____
Linda M. Carmichael (No. 3570)
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709
Phone:    302-467-4502
Facsimile: 302-467-4552

and

Tancred V. Schiavoni
Gerald A. Stein
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys for Century Indemnity Company,
as successor to CCI Insurance Company, as
successor to Insurance Company of North
America, and Central National Insurance
Company

NY1:1564620.1