UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 04-905 (JPF) |
| OWENS-CORNING, *et al.*, | : | |
| v. | : | |
| CREDIT SUISSE FIRST BOSTON, *et al.* | : | |

## CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Esquire, certify that I am not less than 18 years of age, and that I caused service of **CENTURY'S JOINDER IN MOTION OF CREDIT SUISSE FIRST BOSTON, AS AGENT FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2005 MEMORANDUM AND ORDER** to be made on April 13, 2005 to the following parties on the attached service list via First Class Mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  April 13, 2005                    _/s/ Linda M. Carmichael_____
                                          Linda M. Carmichael

DOCS_DE 108975v1

2

| | |
|---|---|
| David R. Hurst, Esquire<br>Skadden Arps Slate Meagher & Flom<br>P.O. Box 636<br>Wilmington, DE  19899 | Kerri King Mumford, Esquire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>Wilmington, DE  19899 |
| Barbara H. Stratton, Esquire<br>Knepper & Stratton<br>P.O. Box 1795<br>Wilmington, DE  19899 | Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 |
| Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>300 Delaware Ave., Suite 750<br>Wilmington, DE  19801 | Francis A. Monaco, Jr., Esquire<br>Monzack & Monaco, PA<br>P.O. Box 2031<br>Wilmington, DE  19899 |
| Richard S. Cobb, Esquire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>Wilmington, DE  19899 | Frank J. Perch, III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE  19801 |
| Marla Rosoff Eskin, Esquire<br>Campbell & Levine<br>800 North King Street, Suite 300<br>Wilmington, DE  19801 | James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 |
| Norman L. Pernick, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899-1266 | |

2