## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____ | : | |
|  | : | Case No. 04-905 (JPF) |
|  | : | |
| OWENS-CORNING, *et al.*, | : | **NOTICE OF APPEAL** |
|  | : | |
| v. | : | |
|  | : | |
| CREDIT SUISSE FIRST BOSTON, *et al.* | : | |
| _____ | : | |

NOTICE IS HEREBY GIVEN that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Central National Insurance Company ("Century") hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of Delaware (Fullam, J.), entered in this action on the 31st day of March, 2005 (the "Order"), and Order of the same Court entered in this action on the 13th day of April, 2005 that denied the motion for reconsideration of the Order (the "Reconsideration Order"), and this appeal is from each and every part of said Order and Reconsideration Order as well as the whole thereof.

Dated: May 13, 2005
       Wilmington, Delaware

                                              Respectfully submitted,
                                              WHITE AND WILLIAMS LLP

                                              /s/ Linda M. Carmichael
                                              Linda M. Carmichael (No. 3570)
                                              824 N. Market Street, Suite 902
                                              Wilmington, DE 19899-0709
                                              Phone:    302-467-4502
                                              Facsimile: 302-467-4552

                                                          and

2

Tancred V. Schiavoni
Gerald A. Stein
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Central National Insurance Company

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Case No. 04-905 (JPF) |
| OWENS-CORNING, *et al.*, | : |
| v. | : |
| CREDIT SUISSE FIRST BOSTON, *et al.* | : |

### CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Esquire, certify that I am not less than 18 years of age, and that I caused service of **CENTURY'S NOTICE OF APPEAL OF THE COURT'S MARCH 31, 2005 MEMORANDUM AND ORDER** and **THE COURT'S APRIL 13, 2005 MEMORANDUM AND ORDER** to be made on May 13, 2005 to the following parties on the attached service list via First Class Mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: May 13, 2005           /s/ Linda M. Carmichael_____
                             Linda M. Carmichael

3

DOCS_DE 110784v1

| | |
|---|---|
| David R. Hurst, Esquire<br>Skadden Arps Slate Meagher & Flom<br>P.O. Box 636<br>Wilmington, DE  19899 | Kerri King Mumford, Esquire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>Wilmington, DE  19899 |
| Barbara H. Stratton, Esquire<br>Knepper & Stratton<br>P.O. Box 1795<br>Wilmington, DE  19899 | Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 |
| Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>300 Delaware Ave., Suite 750<br>Wilmington, DE  19801 | Francis A. Monaco, Jr., Esquire<br>Monzack & Monaco, PA<br>P.O. Box 2031<br>Wilmington, DE  19899 |
| Richard S. Cobb, Esquire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>Wilmington, DE  19899 | Frank J. Perch, III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE  19801 |
| Marla Rosoff Eskin, Esquire<br>Campbell & Levine<br>800 North King Street, Suite 300<br>Wilmington, DE  19801 | James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 |
| Norman L. Pernick, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899-1266 | |