**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| OWENS CORNING, et al., | : | Case Nos. 00-3837 to 3854 (JKF) (Jointly Administered) |
| Debtors | : | |

-----------------------------------------------------------

| | | |
|---|---|---|
| OWENS CORNING, et al., | : | |
| Appellees, | : | Civil Action No. 04-905 (JPF) |
| v.  CREDIT SUISSE FIRST BOSTON et al., | : | |
| -and- | : | |
| KING STREET CAPITAL MANAGEMENT, L.L.C., D.E. SHAW LAMINAR PORTFOLIOS, L.L.C., HARBERT DISTRESSED MASTER FUND, LTD., CANYON CAPITAL ADVISORS, L.L.C., and LEHMAN BROTHERS, INC., | : | |
| Appellants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEAL FROM ORDERS DATED**
**MARCH 31, 2005 AND APRIL 13, 2005**

King Street Capital Management, L.L.C., D.E. Shaw Laminar Portfolios, L.L.C.,

Harbert Distressed Master Fund, Ltd., Canyon Capital Advisors, L.L.C., and Lehman Brothers,

Inc., creditors and parties-in-interest (collectively, the "Bondholders"), appeal to the United

States Court of Appeals for the Third Judicial Circuit from (i) the order of the United States

District Court for the District of Delaware (Fullam, J., by designation) dated March 31, 2005,

that estimated the Debtors' liability for pending and future asbestos personal injury claims at $7

billion (the "March 31 Order"), and (ii) the order of the District Court (Fullam J.) dated April 13,

2005, that denied the motion for reconsideration of the District Court's March 31, 2005 order.

The parties to the Orders appealed from and the names and addresses of their

respective attorneys of record are:

<u>Party</u>                                          <u>Counsel</u>
Owens Corning, et al.                             Norman L. Pernick
                                                  J. Kate Stickles
                                                  SAUL EWING  LLP
                                                  222 Delaware Avenue
                                                  P.O. Box 1266
                                                  Wilmington, DE  19899-1266
                                                  (302) 421-6800
                                                          -and-
                                                  Roger E. Podesta
                                                  Mary Beth Hogan
                                                  DEBEVOISE & PLIMPTON LLP
                                                  919 Third Avenue
                                                  New York, NY  10022
                                                  (212) 909-6000


Credit Suisse First Boston, As Agent             Richard S. Cobb (I.D. No. 3157)
                                                  Rebecca L. Butcher (I.D. No. 3816)
                                                  LANDIS RATH & COBB LLP
                                                  919 Market Street, Suite 600
                                                  Wilmington, DE  19801
                                                  (302) 467-4400
                                                          -and-
                                                  Martin J. Bienenstock
                                                  Richard A. Rothman
                                                  David A. Hickerson
                                                  Ralph I. Miller
                                                  WEIL GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, NY  10153
                                                  (212) 310-8000

                                                          -and-

Kenneth H. Eckstein
Ellen Nadler
KRAMER LEVIN NAFTALIS & FRANK
LLP
914 Third Avenue
New York, NY  10022
(212) 715-9100

Official Committee of Asbestos Claimants

Elihu Inselbuch
Peter Van N. Lockwood
Walter B. Slocombe
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY  10022
(212) 319-7125
                         -and-
Marla Eskin
CAMPBELL & LEVINE
Chase Manhattan Center, 15th floor
1201 Market Street
Wilmington, DE  19899
(302) 426-1900

James J. McMonagle, Legal Representative
for Future Claimants

Michael J. Crames
Jane W. Parver
Andrew Kress
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
(212) 836-8000
                         -and-
James L. Patton, Jr.
Richard H. Morse
YOUNG, CONAWAY, STARGATT &
TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600

Official Representatives of the Bondholders
and Trade Creditors f/k/a the Designated
Members of the Official Committee of
Unsecured Creditors of Owens Corning)

J. Andrew Rahl
John B. Berringer
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

               -and-

Francis A. Monaco, Jr.
Joseph J. Bodnar
MONZACK & MONACO, P.A.
1201 Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19811
(302) 656-8162

Century Indemnity Company, as successor to
CCI Insurance Company, as Successor to
Insurance Company of North America, and
Central National Insurance Company

Marc S. Casarino
Linda M. Carmichael
WHITE AND WILLIAMS LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709
(302) 467-4502

               -and-

Tancred V. Schiavoni
Gerald A. Stein
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

**[Remainder of Page Intentionally Left Blank]**

Dated: May 13, 2005
        Wilmington, Delaware

Respectfully submitted,

Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         rwriley@duanemorris.com

        -and-

William S. Katchen, Esquire
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001

        -and-

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Denise Wildes, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone       (212) 806-5400
Facsimile:      (212) 806-6006

*Counsel to King Street Capital Management,
L.L.C., D.E. Shaw & Co., Harbert Distressed
Investment Master Fund, Ltd., Canyon Capital
Advisors, L.L.C., and Lehman Brothers, Inc.*

4