# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE : | Chapter 11 |
| OWENS CORNING, et al., : | Case Nos. 00-3837 to 3854 (JKF) (Jointly Administered) |
| Debtors : | |
| OWENS CORNING, et al., : | |
| Appellees, : | Civil Action No. 04-905 (JPF) |
| v. : | |
| CREDIT SUISSE FIRST BOSTON et al., : | |
| -and- : | |
| KING STREET CAPITAL MANAGEMENT, L.L.C., D.E. SHAW LAMINAR PORTFOLIOS, L.L.C., HARBERT DISTRESSED MASTER FUND, LTD., CANYON CAPITAL ADVISORS, L.L.C., and LEHMAN BROTHERS, INC., : | |
| Appellants. : | |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, Esquire, hereby certify that on May 13, 2005, true and correct copies of the foregoing "Notice of Appeal" were service on the persons listed on the attached service list by the manner of service indicated.

Dated: May 13, 2005
Wilmington, Delaware

_____
Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   rwriley@duanemorris.com

## Service List

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
SAUL EWING LLP
222 Delaware Avenue
Wilmington, DE  19801
*Via Hand Delivery*

Richard S. Cobb, Esquire
Rebecca L. Butcher, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Via Hand Delivery*

Kenneth H. Eckstein, Esquire
Ellen Nadler, Esquire
KRAMER LEVIN NAFTALIS & FRANK LLP
914 Third Avenue
New York, NY  10022
*Via First Class Mail*

Marla Eskin, Esquire
CAMPBELL & LEVINE
Chase Manhattan Center, 15th floor
1201 Market Street
Wilmington, DE  19801
*Via Hand Delivery*

James L. Patton, Jr., Esquire
Richard H. Morse, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
*Via Hand Delivery*

Roger E. Podesta, Esquire
Mary Beth Hogan, Esquire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
*Via First Class Mail*

Martin J. Bienenstock, Esquire
Richard A. Rothman, Esquire
David A. Hickerson, Esquire
Ralph I. Miller, Esquire
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Via First Class Mail*

Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Walter B. Slocombe, Esquire
Nathan D. Finch, Esquire
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY  10022
*Via First Class Mail*

Michael J. Crames, Esquire
Jane W. Parver, Esquire
Andrew Kress, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
*Via First Class Mail*

J. Andrew Rahl, Esquire
John B. Berringer, Esquire
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
*Via First Class Mail*

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar, Esquire
MONZACK & MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
*Via Hand Delivery*

Tancred V. Schiavoni, Esquire
Gerald A. Stein, Esquire
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Via First Class Mail*

Frank J. Perch, III, Esquire
Office of the United States Trustee
Federal Building, 2nd Floor
844 King Street
Wilmington, DE 19801
*Via Hand Delivery*

Barbara H. Stratton, Esquire
Knepper & Stratton
1228 North King Street
P.O. Box 1795
Wilmington, DE 19801
*Via Hand Delivery*

Marc S. Casarino, Esquire
Linda M. Carmichael, Esquire
WHITE AND WILLIAMS LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709
*Via Hand Delivery*

The Honorable John P. Fullam
United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 15614
Philadelphia, PA 19106
*Via First Class Mail*

David R. Hurst, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19801
*Via Hand Delivery*

Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Via Hand Delivery*