IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
IN RE                                                 :
                                                      :   **Chapter 11**
OWENS CORNING, CDC                                    :
CORPORATION, ENGINEERED                               :   Case Nos. 00-3837 to 3854 (JPF)
YARNS AMERICA, INC., EXTERIOR                         :   (Jointly Administered)
SYSTEMS, INC., FALCON FOAM                            :
CORPORATION, FIBREBOARD                               :
CORPORATION, HOMEXPERTS LLC,                          :
INTEGREX, INTEGREX                                    :
PROFESSIONAL SERVICES LLC,                            :
INTEGREX TESTING SYSTEMS LLC,                         :
INTEGREX SUPPLY CHAIN                                 :
SOLUTIONS LLC, INTEGREX                               :
VENTURES LLC, JEFFERSON                               :
HOLDINGS, INC., OWENS-CORNING                         :
FIBERGLAS TECHNOLOGY INC.,                            :
OWENS CORNING HT, INC., OWENS-                        :
CORNING OVERSEAS HOLDINGS,                            :
INC., OWENS CORNING                                   :
REMODELING SYSTEMS, LLC, AND                          :
SOLTECH, INC.                                         :
                                                      :
                    Debtors.                          :
------------------------------------------------------x
                                                      :
OWENS CORNING, *et al.*,                              :
                                                      :   **Civil Action**
            v.                                        :
                                                      :   **No. 04-905**
CREDIT SUISSE FIRST BOSTON                            :
                                                      :
------------------------------------------------------x

**NOTICE OF APPEAL FROM ORDERS OF SENIOR UNITED STATES
DISTRICT JUDGE JOHN P. FULLAM [D.I. Nos. 111 and 106].**

Credit Suisse First Boston ("CSFB"), as Agent for the prepetition bank

lenders (the "Banks"), appeals to the United States Court of Appeals for the Third Circuit

from (i) the final Memorandum and Order [D.I. 106], dated and entered March 31, 2005

(the "March Order"), issued by Senior United States District Judge John P. Fullam, and (ii) the final Memorandum and Order, dated and entered April 13, 2005 (the "April Order," and together with the March Order, the "Orders"), denying CSFB's Motion for Reconsideration of the March Order [D.I. No. 111], and from all interlocutory orders.

The parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Owens Corning<br>CDC Corporation<br>Engineered Yarns America, Inc.<br>Exterior Systems, Inc.<br>Falcon Foam Corporation<br>Fibreboard Corporation<br>HOMExperts LLC<br>Integrex<br>Integrex Professional Services LLC<br>Integrex Testing Systems LLC<br>Integrex Supply Chain Solutions LLC<br>Integrex Ventures LLC<br>Jefferson Holdings, Inc.<br>Owens-Corning Fiberglas Technology Inc.<br>Owens Corning HT, Inc.<br>Owens-Corning Overseas Holdings, Inc.<br>Owens Corning Remodeling Systems, LLC<br>Soltech, Inc. | SAUL EWING LLP<br>Norman L. Pernick<br>J. Kate Stickles<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>(302) 421-6800<br><br>-and-<br><br>Charles O. Monk, II<br>Henry R. Abrams<br>Joseph M. Fairbanks<br>Irving E. Walker<br>100 South Charles Street<br>Baltimore, MD 21201-2773<br>(410) 332-8600<br><br>-and-<br><br>DEBEVOISE & PLIMPTON LLP<br>Roger E. Podesta<br>Mary Beth Hogan<br>Sean Mack<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000 |

| | |
|---|---|
| Official Committee of Asbestos Claimants | CAPLIN & DRYSDALE, CHARTERED<br>Elihu Inselbuch<br>Peter Van N. Lockwood<br>Walter B. Slocombe<br>Nathan D. Finch<br>399 Park Avenue<br>New York, NY 10022<br>(212) 319-7125<br><br>-and-<br><br>CAMPBELL & LEVINE<br>Marla Eskin<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900 |
| James J. McMonagle, Legal Representative for Future Claimants | KAYE SCHOLER LLP<br>Michael J. Crames<br>Jane W. Parver<br>Edmund M. Emrich<br>Andrew A. Kress<br>Michael Lynn<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br><br>-and-<br><br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>James L. Patton , Jr.<br>Richard H. Morse<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600 |
| Official Representatives of the Bondholders and Trade Creditors (f/k/a the Designated Members of the Official Committee of Unsecured Creditors of Owens Corning) | ANDERSON KILL & OLICK, P.C.<br>J. Andrew Rahl<br>John B. Berringer<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 |

3

(212) 278-1000

-and-

MONZACK & MONACO, P.A.
Francis A. Monaco, Jr.
Joseph J. Bodnar
1201 Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19811
(302) 656-8162

Dated:   May 13, 2005

LANDIS RATH & COBB LLP

Richard S. Cobb (I.D. No. 3157)
Rebecca L. Butcher (I.D. No. 3816)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450


WEIL, GOTSHAL & MANGES LLP

Martin J. Bienenstock
Richard A. Rothman
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
Adam P. Strochak
1501 K Street, N.W.,
Suite 100
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

4

-and-

Ralph I. Miller
200 Crescent Court
Suite 300
Dallas, TX 75201-6950
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

Kenneth H. Eckstein
Ellen R. Nadler
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

ATTORNEYS FOR CREDIT SUISSE FIRST
BOSTON, AS AGENT