## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire, do hereby certify that a true and correct copy of the foregoing **Notice of Appeal from Orders of Senior United States District Judge John P. Fullam [D.I. Nos. 111 and 106]** was served this 13th day of May, 2005 on the attached list via hand delivery (**City of Wilmington addresses only**) and first class U.S. Mail.

In addition to the attached service list, a Chambers' copy of this pleading will be delivered Monday May 16, 2005 to The Honorable John P. Fullam via Federal Express Priority Mail Overnight Delivery.

Dated: May 13, 2005

_____
Rebecca L. Butcher, Esq. (#3816)

404.002-8129.DOC

# Owens Corning
## Service List

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(Counsel to Owens Corning, et al.)

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
Federal Bldg. 2nd Floor
844 King Street
Wilmington, DE 19801
(US Trustee)

William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel to Creditors' Committee)

Mark S. Chehi, Esq.
Skadden Arps, et al.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Special Counsel to the Debtors)

Edmund Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Future Representative)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
(Counsel to Asbestos Committee)

Stephen H. Case, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Creditors' Committee)

James L. Patton, Esq.
Young Conaway, et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Future Representative)

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
(Counsel to Asbestos Committee)

D.J. Baker, Esq.
Skadden Arps, et al.
Four Times Square
New York, NY 10036
(Special Counsel to the Debtors)

J. Andrew Rahl, Jr., Esq.
Jonathan Kromberg, Esq.
Mark Weldon, Esq.
Judith Yavitz, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Special Counsel to Designated Members of the Official Committee of Unsecured Creditors)

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022
(Future Representative)

Kenneth H. Eckstein, Esq.
Gary M. Becker, Esq.
Kramer Levin, et al.
919 Fourth Avenue
New York, NY 10022
(Bank Group)

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington, DE 19801
(Special Counsel to Committee)

Ralph I. Miller, Esquire
Weil, Gotshal & Manges
100 Crescent Court
Suite 1300
Dallas, Texas 75201-6950
(Counsel for Bank Group)

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(Counsel for Bank Group)

Charles O. Monk, II, Esquire
Saul Ewing LLP
100 S. Charles Street
Baltimore, MD 21201

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(Counsel to Asbestos Committee)

Roger E. Podesta, Esq.
Mary Beth Hogan, Esq.
Helen Y. Kim, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(Special Counsel to Debtors)

Christopher M. Winter, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market St., #1200
Wilmington, DE 19801-1246
(Counsel to the Ad Hoc Committee of Bondholders)

Linda M. Carmichael, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709
(Counsel for Century Indemnity Company)

Tancred V. Schiavoni, Esq.
Gerald A. Stein, Esq.
Robert Winter, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(Counsel for Century Indemnity Company)

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue
Suite 750
Wilmington, DE 19801
(Counsel for Unofficial Committee of Select Asbestos Claimants)

David R. Hurst, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Jane W. Parver, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for James J. McMonagle, Legal Representative for Future Claimants)

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Newark, NJ 07102
(Counsel to the Ad Hoc Committee of Bondholders)

Barbara H. Stratton, Esq.
Knepper & Stratton
1228 North King Street
P.O. Box 1795
Wilmington, DE 19899
(Counsel for CSX Transportation, Inc.)

404.002-8129.DOC