# TRANSCRIPT PURCHASE ORDER

| District Court | *District of Delaware* | Court of Appeals Docket No. | *05 – 2564* |
|---|---|---|---|
| | | District Court Docket No. | *04 – 905* |

Short Case Title *In re: Owens-Corning, et al. v. Credit Suisse First Boston, et al.*

Date Notice of Appeal Filed by Clerk of District Court *5/13/05*

---

**PART I.** (To be completed by party responsible for ordering transcript)    NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A.  <u>Complete one</u> of the following and <u>serve ALL COPIES</u>:
TRANSCRIPT:

☐ None      ☐ Unnecessary for appeal purposes.
☒ Already on file in the D.C. Clerk's office.
☐ This is to order a transcript of the proceedings heard on the date listed below from _____
(Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

Voir dire ☐ ;   Opening statement of plaintiff ☐   defendant ☐
Closing argument of plaintiff ☐     defendant ☐
Jury instructions ☐      Sentencing Hearings ☐

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.**

B.  This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.    The method of payment will be:
☐ Criminal Justice Act (Attach copy of CJA form 24)
☐ Motion for transcript has been submitted to DC Judge
☐ Private Funds

Signature *[signature]*                    Date *5/25/05*

Print Name *Linda M. Carmichael*       Counsel for *Century Indemnity*

Address *824 N. Market St. Ste 902 Wilm., DE 19899-709*  Telephone *(302) 467-4502*

---

**PART II.    COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| _____ | _____ | _____ |
|---|---|---|
| Date | Signature of Court Reporter | Telephone |

---

**PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages       _____ Actual Number of Volumes

| _____ | _____ |
|---|---|
| Date | Signature of Court Reporter |

3CA (12/93)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In re: | : District Court Case No. 04-905 (JPF) |
| | : |
| OWENS-CORNING, *et al*., | : Court of Appeals Docket No. 05-2564 |
| | : |
| v. | : |
| | : |
| CREDIT SUISSE FIRST BOSTON, *et al*. | : |

_____ :

### CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Esquire, certify that I am not less than 18 years of age, and that I

served **a copy of the Transcript Purchase Order** on May 27, 2005 to the following parties on

the attached service list via First Class Mail, postage pre-paid.


Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  May 27, 2005                    _/s/ Linda M. Carmichael_____
                                       Linda M. Carmichael

| | |
|---|---|
| David R. Hurst, Esquire<br>Skadden Arps Slate Meagher & Flom<br>P.O. Box 636<br>Wilmington, DE 19899 | Kerri King Mumford, Esquire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>Wilmington, DE 19899 |
| Barbara H. Stratton, Esquire<br>Knepper & Stratton<br>P.O. Box 1795<br>Wilmington, DE 19899 | Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>300 Delaware Ave., Suite 750<br>Wilmington, DE 19801 | Francis A. Monaco, Jr., Esquire<br>Monzack & Monaco, PA<br>P.O. Box 2031<br>Wilmington, DE 19899 |
| Richard S. Cobb, Esquire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>Wilmington, DE 19899 | Frank J. Perch, III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 |
| Marla Rosoff Eskin, Esquire<br>Campbell & Levine<br>800 North King Street, Suite 300<br>Wilmington, DE 19801 | James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Norman L. Pernick, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266 | Ms. Diana Doman, Court Reporter<br>P.O. Box 129<br>Gibbsboro, NJ 08026 |