IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OWENS CORNING, *et al.*, | District Court Case No. 04-905 (JPF) |
| v. | |
| CREDIT SUISSE FIRST BOSTON | Court of Appeals Docket No. 05-2579 |

## NOTICE OF SERVICE

I, Rebecca L. Butcher, Esquire, do hereby certify that on May 31, 2005 a true and correct copy of the foregoing:

- Copy of the Transcript Purchase Order

was served on the attached list via hand delivery (**City of Wilmington addresses only**) and first class U.S. Mail.

Dated: June 1, 2005

_____
Rebecca L. Butcher, Esq. (#3816)

404.002-8281.DOC

## TRANSCRIPT PURCHASE ORDER

**District Court:** District of Delaware
**Court of Appeals Docket No.:** 05-2579
**District Court Docket No.:** 04-905
**Short Case Title:** In re: Owens Corning et al. v. Credit Suisse First Boston et al.
**Date Notice of Appeal Filed by Clerk of District Court:** 5/13/05

---

**PART I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:
- ☐ None
- ☐ Unnecessary for appeal purposes.
- ☒ Already on file in the D.C. Clerk's office.
- ☐ This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

- Voir dire ☐ ; Opening statement of plaintiff ☐   defendant ☐
- Closing argument of plaintiff ☐   defendant ☐
- Jury instructions ☐   Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to DC Judge
- ☐ Private Funds

**Signature:** [signed]
**Date:** 5/27/05
**Print Name:** Rebecca L. Butcher
**Counsel for:** Credit Suisse First Boston
**Address:** 919 Market Street, Suite 600, Wilmington Delaware 19801
**Telephone:** (302) 467-4400

---

**PART II.** COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- ☐ Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

Date _____  Signature of Court Reporter _____  Telephone _____

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

3CA (12/93)

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of Part I

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(Counsel to Owens Corning, et al.)

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
Federal Bldg. 2nd Floor
844 King Street
Wilmington, DE 19801
(US Trustee)

William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel to Creditors' Committee)

Mark S. Chehi, Esq.
Skadden Arps, et al.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Special Counsel to the Debtors)

Edmund Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Future Representative)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
(Counsel to Asbestos Committee)

Stephen H. Case, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Creditors' Committee)

James L. Patton, Esq.
Young Conaway, et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Future Representative)

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
(Counsel to Asbestos Committee)

D.J. Baker, Esq.
Skadden Arps, et al.
Four Times Square
New York, NY 10036
(Special Counsel to the Debtors)

J. Andrew Rahl, Jr., Esq.
Jonathan Kromberg, Esq.
Mark Weldon, Esq.
Judith Yavitz, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Special Counsel to Designated Members of the Official Committee of Unsecured Creditors)

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022
(Future Representative)

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington, DE 19801
(Special Counsel to Committee)

Ralph I. Miller, Esquire
Weil, Gotshal & Manges
100 Crescent Court
Suite 1300
Dallas, Texas 75201-6950
(Counsel for Bank Group)

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(Counsel for Bank Group)

Charles O. Monk, II, Esquire
Saul Ewing LLP
100 S. Charles Street
Baltimore, MD 21201

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(Counsel to Asbestos Committee)

Roger E. Podesta, Esq.
Mary Beth Hogan, Esq.
Helen Y. Kim, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(Special Counsel to Debtors)

Christopher M. Winter, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market St., #1200
Wilmington, DE 19801-1246
(Counsel to the Ad Hoc Committee of Bondholders)

Linda M. Carmichael, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709
(Counsel for Century Indemnity Company)

Tancred V. Schiavoni, Esq.
Gerald A. Stein, Esq.
Robert Winter, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(Counsel for Century Indemnity Company)

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue
Suite 750
Wilmington, DE 19801
(Counsel for Unofficial Committee of Select Asbestos Claimants)

Kenneth H. Eckstein, Esq.
Gary M. Becker, Esq.
Kramer Levin, et al.
1177 Avenue of the Americas
New York, NY 10036
(Bank Group)

David R. Hurst, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Jane W. Parver, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for James J. McMonagle, Legal Representative for Future Claimants)

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Newark, NJ 07102
(Counsel to the Ad Hoc Committee of Bondholders)

Barbara H. Stratton, Esq.
Knepper & Stratton
1228 North King Street
P.O. Box 1795
Wilmington, DE 19899
(Counsel for CSX Transportation, Inc.)