**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

September 12, 2006

**No.  05-2564 & 05-2578**

In Re: OWENS CORNING, et al.

Century Indemnity Company,
as successor to CCI Insurance Company,
as successor to Insurance Company of North America,
and Central National Insurance Company,
Appellants in 05-2564

King Street Capital Management, L.LC, D.E. Shaw Laminar Portfolios, L.L.C.,
Herbert Distressed Master Fund, Ltd., Canyon Capital Advisors, L.L.C.,
and Lehman Brothers, Inc., creditors and parties-in-interest,
Appellants in No. 05-2578

(Dist of D.E. Bankruptcy No. 04-cv-00905)

**Present:**      AMBRO, FUENTES, and GREENBERG,  Circuit Judges

1.     Notice of Dismissal with Prejudice (construed as a Motion to
       Dismiss with Prejudice) pursuant to F.R.A.P. 42 (b)

/s/ Chanel R. Graham
Chanel R. Graham   267-299-4955
Case Manager

**O R D E R**

Upon reviewing the Notice of Dismissal with Prejudice filed by Appellants Century
Indemnity Company and Central National Insurance Company (construed as a Motion to
Dismiss with Prejudice pursuant to F.R.A.P. 42(b)), and the letters to the Court by
Debtors' counsel and counsel to King Street Capital Management L.L.C., et al., Appeal
Nos. 05-2564 and 05-2578 are hereby dismissed with prejudice, the parties to be
responsible for their own costs.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: October 4, 2006
CRG/cc: Marc A. Cesarino, Esq.

Joseph G. Gibbons, Esq.
Rebecca L. Butcher, Esq.
Richard S. Cobb, Esq.
Michael J. Crames, Esq.
Marla R. Eskin, Esq.
Edwin J. Harron, Esq.
Mary Beth Hogan, Esq.
Mark T. Hurford, Esq.
Elihu Inselbuch, Esq.
Jane W. Parver, Esq.
Kenneth Pasquale, Esq.
Norman L. Pernick, Esq.
Roger E. Podesta, Esq.
Robert J. Stark, Esq.
J. Kate Stickles, Esq.
Steve Vaccaro, Esq.
Sharon M. Zieg, Esq.
Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.