UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
May 19, 2006

**No. 05-2579**

IN RE: OWENS CORNING,

Debtor

Credit Suisse, Cayman Branch as Agent for the prepetition bank lenders,
Appellants in No. 05-2579

(D. of DE Civil No. 04-cv-00905)

**Present:**   AMBRO, FUENTES and GREENBERG, Circuit Judges

Stipulation Dismissing Appeal No. 05-2579 subject to Reinstatement in certain circumstances.

Response due 06/05/06.

/s/ Chanel R. Graham
Chanel R. Graham 267-299-4955
Case Manager

**O R D E R**

Upon reviewing the status report dated October 31, 2006, filed by the Plan Proponents, and received no objection by Appellant Credit Suisse, Cayman Islands Branch, Appeal No. 05-2579 is hereby dismissed with prejudice, the parties to be responsible for their own costs.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: November 15, 2006
CRG/cc: Martin J. Bienenstock, Esq.
        Rebecca L. Butcher, Esq.
        Richard S. Cobb, Esq.

A True Copy:

Marcia M. Waldron
Marcia M. Waldron, Clerk

David A. Hickerson, Esq.
Richard A. Rothman, Esq.
Michael J. Crames, Esq.
Marla R. Eskin, Esq.
Edwin J. Harron, Esq.
Mary Beth Hogan, Esq.
Mark T. Hurford, Esq.
Elihu Inselbuch, Esq.
William S. Katchen, Esq.
Jane W. Parver, Esq.
Kenneth Pasquale, Esq.
Norman L. Pernick, Esq.
Roger E. Podesta, Esq.
Robert J. Stark, Esq.
J. Kate Stickles, Esq.
Steve Vaccaro, Esq.
Jeffrey C. Wisler, Esq.
Sharon M. Zieg, Esq.